UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62364-CIV-SMITH

JORGE ARTURO SARABIA BAEZ,

    Petitioner,

v.

LILIA MARISOL CASTILLO ROBLERO,

    Respondent.
_____/

**ORDER OF DISMISSAL**

This matter came before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [DE 31]. Accordingly, it is

    **ORDERED** that:

    1.    This matter is **DISMISSED with prejudice** with each party bearing his or her own attorneys' fees, costs, and expenses.

    2.    Any pending motions are **DENIED as moot**.

    3.    This case is **CLOSED**.

    4.    The Court shall retain jurisdiction to address and resolve all matters related to the enforcement of the written settlement agreement entered into by the parties.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of March, 2024.

*[Signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record