UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62364-CIV-SMITH

JORGE ARTURO SARABIA BAEZ,

    Petitioner,

v.

LILIA MARISOL CASTILLO ROBLERO,

    Respondent.
_____/

## ORDER

This cause is before the Court on Petitioner's Emergency Motion to Enforce Settlement Agreement [DE 33], the Court's March 25, 2024 Order to Show Cause [DE 35] and Respondent's Response to Order to Show Cause [DE 38]. For the reasons stated in open court, it is

**ORDERED** that:

1. Petitioner's Emergency Motion to Enforce Settlement Agreement **[DE 33]** is **GRANTED in part**.

2. Petitioner shall be entitled to travel from the United States to Mexico with A.A.S.C., departing on March 26, 2024 and returning on March 30, 2024 during daytime hours. Respondent shall forthwith provide an address for Petitioner to pick up the child.

2. Respondent shall bear the costs associated with A.A.S.C.'s March 2024 travel to Mexico. However, moving forward, each party shall be responsible for any damages associated with their breach of the Settlement Agreement [DE 31-1].

3. Respondent shall immediately inform Petitioner upon receipt of X.A.S.C.'s permanent resident card.

4. Petitioner shall be entitled to an additional week of visitation with X.A.S.C. during the

summer months of 2024.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of March, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   counsel of record